AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas

FILED

# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

MAY 23 2018

David J. Bradley, Clerk

| United States of America | ) |
| :--- | :--- |
| Guadalupe, | ) |
| Juan RIOS-Rodriguez YOB:1995 | ) Case No. M-18-1091-M |
| Jose RIOS-Rodriguez YOB:1988 | ) |
| a COB: Mexico (as to both) | ) |
| Manuel | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 22, 2018,__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 21 USC 841 | defendant did, knowingly and intentionally possess with the intent to |
| 21 USC 846 | distribute approximately 3.34 kilograms of methamphitamine, a Schedule II controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute with persons known and unknown approximately 3.34 kilograms of methamphitamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A".

☑ Continued on the attached sheet.

Approved by David A. Lindenmuth
5/23/18

Complainant's signature

Mario E. Canales, HSI TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: May 23, 2018 8:33 am

Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
Printed name and title

**Attachment "A"**

On May 22, 2018, United States Customs and Border Protection (CBP) requested assistance from Department of Homeland Security Investigations (HSI) regarding a narcotics smuggling attempt. HSI Task Force Officer (TFO) Mario E. Canales responded to the Roma Texas Port of Entry (POE) to investigate.

Customs and Border Protection Officers (CBPOs) reported that Juan RIOS-Rodriguez (driver), a Citizen of Mexico, applied for admission into the United States in a 1997 white Chevrolet 3500 4D pickup bearing Texas license plate number JWF5579. Jose RIOS-Rodriguez was accompanied by his brother Jose RIOS-Rodriguez (passenger) a citizen of Mexico. CBPOs received a negative declaration from the driver and passenger and referred the vehicle to secondary.

CBPOs noticed packages in the rear vehicle brake equipment during a secondary inspection. A total of four packages were discovered and extracted. The packages contained a white powdery substance and tested positive for the characteristics of methamphetamine. The packages had a total weight of approximately 3.34 kilograms.

TFO Mario Canales read Juan RIOS-Rodriguez and Jose RIOS-Rodriguez their rights in the Spanish language, witnessed by HSI Special Agent (SA) Rafael Garza. Jose RIOS-Rodriguez stated he understood his rights and waived his right to have an attorney present. Juan RIOS-Rodriguez then confessed he was going to receive $2,000.00 dollars per kilogram of methamphetamine he successfully smuggled from Mexico into the United States.

Jose RIOS-Rodriguez confessed he was going to receive $1,000.00 dollars to help his brother smuggle methamphetamine into the United States. He also mentioned he helped his brother conceal the narcotics inside the vehicle.

Juan RIOS-Rodriguez and Jose RIOS-Rodriguez were placed under arrest and transported to the Starr County Jail to await their initial appearances before the United States Magistrate Judge in McAllen, Texas.